IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

FILED
U.S. DIST. COURT
BRUNSWICK DIV.
2005 OCT 12  A 10: 30
CLERK_____
       S.D. of GA.

| | |
|---|---|
| MARY BELL, | |
| Plaintiff, | |
| vs. | CIVIL ACTION NO.: CV505-069 |
| ROCKWELL INTERNATIONAL CORPORATION, | |
| Defendant. | |

## ORDER

Pursuant to the provisions of Local Rule 83.4, the Court has considered the motion of David A. Hughes, Attorney at Law, for special admission to practice before this Court, *pro hac vice*, in the above-styled case. (Doc. 3.)

It appears to the Court that said attorney is not a resident of this district, is a member in good standing of the bar of the United States District Court for the Northern District of Georgia, and does not maintain an office in the Southern District of Georgia for the practice of law. Said motion is **GRANTED**.

**SO ORDERED**, this 12th day of October, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)