IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

MARY BELL,

    Plaintiff,

vs.                                                  CIVIL ACTION NO.: CV505-069

RELIANCE ELECTRIC INDUSTRIAL
COMPANY PENSION PLAN FOR
BARGAINING UNIT EMPLOYEES AT
ITS MADISON PLANT, A SUB-PLAN
OF THE ROCKWELL AUTOMATION
RETIREMENT PLAN,

    Defendant.

## ORDER

Plaintiff has filed a Motion to Substitute Party seeking to correctly state the defendant's name. (Doc. 9.) Plaintiff's motion is **GRANTED**. The Clerk is authorized and directed to change the defendant's name to "Reliance Electric Industrial Company Pension Plan for Bargaining Unit Employees at its Madison Plant, a Sub-Plan of the Rockwell Automation Retirement Plan" upon the docket of this case.

**SO ORDERED**, this 8th day of December, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE