IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

FILED
U.S. DIST COURT
BRUNSWICK DIV.

2006 JAN -5 P 1: 03

CLERK  F. LaVictoire
SO. DIST. OF GA.

| | | |
|---|---|---|
| MARY BELL, | * | |
| Plaintiff, | * | |
| vs. | * | Civil Action No. CV505-069 |
| RELIANCE ELECTRIC INDUSTRIAL COMPANY PENSION PLAN FOR BARGAINING UNIT EMPLOYEES AT IT'S MADISON PLANT, a Subdivision of the Rockwell Automation Retirement Plan, | * * * * | |
| Defendant. | | |

## ORDER

By consent of the parties, the time in which to file the Joint Status Report is extended until and through 5:00 p.m. January 13, 2006.

This 3rd day of January, 2006.

MAGISTRATE _____
Judge, United States District Court
Southern District of Georgia

_____
WILLIAM J. EDGAR
Attorney For Plaintiff

_____
DAVID A. HUGHES  w/permission
Attorney For Defendant